311-08/MEU/SI
FREEHILL HOGAN & MAHAR, LLP
Attorneys for Plaintiff
BELI SHIPPING CO LIMITED
80 Pine Street
New York, NY 10005
(212) 425-1900
(212) 425-1901 fax
Michael E. Unger (MU 0045)



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------x
BELI SHIPPING CO LIMITED,                                    08   CV            (    )

                    Plaintiff,

                                                                                         **RULE 7.1 STATEMENT**

    -against -

SOCIETE EUROPEENNE D'AFFRETEMENT
ET DE TRANSPORT, a/k/a SEATRANS MARITIME,

                    Defendant.
-----------------------------------------------------------------------x

       The Plaintiff, BELI SHIPPING CO LIMITED, by and through its undersigned attorneys Freehill Hogan & Mahar, LLP, and pursuant to Rule 7.1 of the Federal Rules of Civil Procedure (formerly Local General 1.9) and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, undersigned counsel certifies that the Plaintiff is not a publicly traded entity and no publicly held company owns 10% or more of its stock.

Dated: New York, New York
       June 10, 2008

                                                       FREEHILL HOGAN & MAHAR, LLP
                                                       Attorneys for Plaintiff
                                                       BELI SHIPPING CO LIMITED

                       By:    _____
                                          Michael E. Unger (MU 0045)
                                            80 Pine Street
                                            New York, NY 10005
                                            Telephone: (212) 425-1900
                                            Fax: (212) 425-1901

NYDOCS1/306303.1